SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA PARRISH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-690 MHP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Erika Parrish ("Plaintiff") and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively, "Defendants") by and through their respective counsel, enter into the following Stipulation:

WHEREAS, Plaintiff's Complaint was filed on February 18, 2010;

WHEREAS, Defendants issued a letter dated February 23, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, responses currently are due from Defendants on March 25, 2010; and

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until April 8, 2010 to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: March 10, 2010

ROBINSON, CALCAGNIE & ROBINSON

By: */s/ Daniel Robinson*
DANIEL ROBINSON

Attorneys for Plaintiff
ERIKA PARRISH

SQUIRE, SANDERS & DEMPSEY LLP

By: */s/ Julie E. Schwartz*
JULIE E. SCHWARTZ

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION



SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/16/2010

HONORABLE MARI[illegible] PATEL
United S[illegible]

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA



SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492